No. 89–6935. MARAGH *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL

would grant certiorari.